UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ERVIN STITH,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:19-cv-01258 GGH P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court's records reveal that petitioner has previously filed applications for a writ of habeas corpus attacking the conviction and sentence challenged in this case. See Stith v. McComber, 2:15-cv-0504 JAM DB (dismissed on August 11, 2016 based on the expiration of the one-year statute of limitations); 2:17-cv-01064 GEB CKD (dismissed on July 5, 2017 for failure to obtain authorization from the United States Court of Appeals for the Ninth Circuit prior to filing his successive petition). Before petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's application must be dismissed without prejudice to its re-filing upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

| | |
|---|---|
| 1 | Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of the Court is directed |
| 2 | to randomly assign a district judge to this action. |
| 3 | Further, IT IS HEREBY RECOMMENDED that this action be dismissed without |
| 4 | prejudice. |
| 5 | These findings and recommendations are submitted to the United States District Judge |
| 6 | assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days |
| 7 | after being served with these findings and recommendations, petitioner may file written |
| 8 | objections with the court.  The document should be captioned "Objections to Magistrate Judge's |
| 9 | Findings and Recommendations."  Petitioner is advised that failure to file objections within the |
| 10 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 |
| 11 | F.2d 1153 (9th Cir. 1991). |
| 12 | Dated: July 19, 2019 |

<u>/s/ Gregory G. Hollows</u><br>UNITED STATES MAGISTRATE JUDGE